[No. 62799-6-I.   Division One.   March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC WILLIAM COCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07856-4, Joan E. DuBuque, J., entered December 8, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 63423-2-I.   Division One.   March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BEVERLY J. MARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05519-8, Christopher A. Washington, J., entered April 22, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 64313-4-I.   Division One.   March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TOURE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05394-2, Helen Halpert, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 64337-1-I.   Division One.   March 14, 2011.]

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, *Respondent*, v. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-43773-6, Julie A. Spector, J., entered September 11, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J. Now published at 161 Wn. App. 265.